In the Matter of the Assignment of WORTHLEY for the Benefit of Creditors.

[SPECIAL TERM.]

In the decree entered upon the final accounting of an assignee for the benefit of creditors, all amounts to be paid must be specified.

Allowances for legal services rendered to the assignee, are made to the assignee and not to counsel.

APPLICATION for a decree upon the final accounting of an assignee under a general assignment for the benefit of creditors.

VAN HOESEN, J.—I will not sign the proposed decree. The amounts must be specified. No such looseness can be permitted as the proposed decree makes possible. It is not enough

that the amounts are small, and the counsel reputable. If this decree is signed, it becomes a precedent, and it may result in loss to some estate where the parties are different from those who propose this decree.

Again, I cannot allow anything to Lindsay & Flammer. The allowance is to the assignee, and is made as one of the expenses of his execution of the trust.

There will be no difficulty in having a proper decree signed.